[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 29, 2009
THOMAS K. KAHN
CLERK

No. 08-16501

_____

D. C. Docket No. 07-80439-CV-DTKH

ROSELAURE EUGENE,

Plaintiff-Counter-
Defendant-Appellee,

versus

3DON & PARTNER ESTATE GROUP, LLC,
a Florida Limited Liability Corporation,
MICHELLE KETTLY DUMAS,
individually,

Defendants-Appellants,

M.G.N. INVESTMENTS, CORPORATION,
A Florida corporation,

Defendant-Counter-
Claimant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(September 29, 2009)

Before BARKETT and HULL, Circuit Judges, and SCHLESINGER,* District Judge.

HULL, Circuit Judge:

After review and oral argument, we conclude the Defendants-Appellants have shown no reversible error, and therefore we affirm the judgment of the district court in the amount of $187,500.00, plus post-judgment interest, in favor of Plaintiff-Appellee Roselaure Eugene jointly and severally against Defendants-Appellants 3Don & Partner Estate Group, LLC, Michelle Kettly Dumas, and M.G.N. Investments Corporation.

**AFFIRMED**.

---

*Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.